

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00505-CR

| | | |
|---|---|---|
| Oscar Aguilerafernandez | § | From the 396th District Court |
| | § | of Tarrant County (1384081D) |
| v. | § | February 5, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  _/s/ Bonnie Sudderth_____
       Justice Bonnie Sudderth